# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| LQD BUSINESS FINANCE, LLC, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|     vs. | ) Cause No. 1:17-cv-4765-WTL-TAB |
| | ) |
| CRIDER ELECTRIC, LLC, | ) |
| | ) |
|    Defendant. | ) |

## ENTRY ADMINISTRATIVELY CLOSING CASE

The Defendant in this matter has reported that it has filed a Chapter 7 bankruptcy petition, thereby triggering an automatic stay. Accordingly, the Clerk is directed to **ADMIINSTRATIVELY CLOSE** this case, subject to the case being reopened by motion of either party filed within 280 days of the date the automatic stay is lifted, either by operation of law or order of the bankruptcy court.

SO ORDERED: 3/7/18

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification